**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6708**

---

RONNIE B. BULLOCK,

        Plaintiff - Appellant,

     v.

JAMES HAMBY, Dentist; D. BALL, N.P.,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Senior District Judge.  (7:23-cv-00337-MFU-JCH)

---

Submitted:  February 26, 2026            Decided:  March 3, 2026

---

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ronnie B. Bullock, Appellant Pro Se.  Nathan Henry Schnetzler, FRITH, ANDERSON & PEAKE, PC, Roanoke, Virginia; Rosalie Fessier, Brittany Elizabeth Shipley, TIMBERLAKESMITH, Staunton, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie B. Bullock appeals the district court's order granting Defendant's motions for summary judgment and dismissing Bullock's 42 U.S.C. § 1983 for failure to exhaust his administrative remedies.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Bullock v. Hamby*, No. 7:23-cv-00337-MFU-JCH (W.D. Va. Aug. 5, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*